NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VANDIE A. ADAMS,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D20-1213
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
                                    )
_____)

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Nash, Judge.

PER CURIAM.

          Affirmed.

NORTHCUTT, BLACK, and SMITH, Concur.